To The Office of The Clerk

Whom It might Concern

On The Above Dates And The Alleged Assaults happened at 5823 Pawpit Peakview Colorado Springs Colorado a second Degree Assault. The Sopposable happened

I had admitted myself as a Suicidal Admission to go to Cedar Springs and to go on a 72 hr hold to go and get my medication witch I'll be signed for my time at The Criminal Justice Center in Colorado Springs. I got a ROI (Realese of Information) for Doc and Penrose Because after The alleged Assault I had to call The Sprin Fire Departmet witch called a Ambluane to Penrose hospital. They Transported and help To get my medication right To not mess up my mind I was on OxPaw a mood Stabalizer Kepres for my sezuries Depacotes also for my Sezures and for other Boost Bars for my Anxiety. Theres Trazadone for sleep The Vital Care/ Vita Corps The only Couple of Norses That have Been helping are Cassidy Mekala and They have Been Doing This Since December 17 2024 on Booking The Facility hate

Done Nothing They have Refuse To Come Take a visual check of any Thing to see if Anything could Bee done Farther also take Blood pressure medication (did done)
The Thing That Be Taking place To I've Been Approched By almost 3 Deputres or more Deputie Marshalff Goodloe Bieber and Commander perry Scott Golvin
The have a Documented copies of how many Sezikers my Spelling Might not have The Best. The UC helth Grandview on 5623 Poripit Peak view, Colorado springs Called CSPD To Call for Assisting To Locate for 4 day to had (ATL) Attempt To Locate December 17th 2024.
I pick up on New Charges for a I was Taken To El paso county Jail on December 17th at The intake had To Take me To The penRose hospital for sign of Cellutiertes They Dida Scan on my right hand middle finger But or since That day They Did not Tell me why I was put on Anti Biodics Then I was Told I had a Fingus virus Groin my face By CSPC medical personel They been gang stalking me since Then about what I'm suppose to have Done

officer and medical personell
and also The have Been asking For
Information on a person I Dont
know never met The said That
I was caught "hanging around" This
Person But no Evidence has Been presented
of and pictures of Intell

my Case has Re faultfully Done wrong
Through The time of my Incarciration
The El paso County sherrif and
Epaso County Colorado springs police Department
have a Group of Cars a a white
Toyoota Tundra Newer and They have
Been Stalking my familyies and me
They have no Right and i have a Right
To Feel safe for my family

Multiple Inmates a seen This Cars That
Travel In a number of around 5-6 Cars
also They Been Observed Harassing
People for Information about a Person
I Dont know personally But will not
mention The colorad springs police force said
That I had a (ATL) ATTempt To locate
But on asking To The criminal Justice center
in Colorado sprigs colord The warrant had
not Been Signed a 24 hrs incarcarated
I was Informed I had a Charge from

Evidence That ~~you~~ They don't have have ISS Not Legable on any Grounds

10-10-24

A Ilegible ~~■~~ office visit for parole To Staff at spring's rescue with Jose Colon

719 329 2000

My parents have documents that I have thyroid problems witch CDOC have mand labs and documents stating that I could have seziures the facts are on my intake pictures files that I might had cellulitise and a faugel' virus witch still was never taken cacriof The acting Depputies Chaney was Harresing. Moltiple Imates In Court on January 3rd I had a seziure after coming back from Court I hit my head and all they said that was I need to drink water Depputies and Nerses did not respond a shouldn I do have epiletptic Sezuries wich that is caused from flashing of light wich can cause me to seizures and January 21st I couldn't really comprahend that my seziures were worse that day or not But around 2:30pm Code Blue Cell Teh (10) Bravo four I went in to an active sizure and Sgt Goodlow and Acting (Sgt Reiley) Tryied to talk to me Reiley Secifively ask me if I was okay Goodlow starting to lash at me as well as Responds

The Congregation Through Two People Can Show's The Integation That can Be Implemented Through communication Though communication can fail you always should know how to understand yourself Better Through Communication Through your own word are valid They will understand

Doc# 192749 CPC 172-103 Journal Ao# $0334490

In The Sherrif office of El paso County Colorado Springs They've Been Doing Things That could have people hurt or lows Throug People geting Jumped and going To Prison for no reason at all - I've expierenced people Doing this since December 9 2018 my Beacause after my time at CJC was word Because The Thought I would Become a Confidancial Informant But I said NO also parole officers Danel Chavez and head of Gang task force D Arrick Quintana Thought I would Put a signiature for becoming a Confidental Informant hearing The sherrif Talk about what They have no Information about Is stressed To my Grandmother Sioux Fisher My Brothers Swade Ryan watts. I've also have people of The Community stressing to me That I should Press This Issue farther Than Just a Lawsuite The Brought a group of Cars To follow people on on Their People (i, Parolee, Informers I'm also on Parole as of 10-10-24 and as of 12-7-24 I had a hold It was filed on 12-87-24 My Parole is out of Southeast(# 192749)

www.PrintablePaper.net

MHP ED

## Journal

~~The feelings I'm feeling~~
~~I I know that Something good coming~~
~~my way~~

The Parole Coplaint says I have to go to ~~~~ my STD ( Stadatory for Condition 2) Residence of Colorado Stature c150 and also as log as you Report ~~to~~ wich I Reported and did a Itenarary Just Before Thanksgiving I was followed To ~~King Soopers~~ King Soopers blf on filmore By a group of cars I need the Cwise Logs Cheaked and cameras checked. For when The last Time I was at parole It was on camra That I wolked in with a Black Back pack That I got from my creds and a skateboard had To Charge my phon Look at a The Camra footage

These are what Parole signed on my Complaint

Doynl Chia Manuel Reisy
D. ~~~~
D. ~~~~

www.PrintablePaper.net

MHP ED

Name: Andrew Plunkett, Dimitri
Admit #: 0534490

Criminal Justice Center
2739 E Las Vegas Street
Colorado Springs, CO 80906

DENVER CO 802
7 FEB 2025 PM 7 L
UNCENSORED
INMATE MAIL

NEOPOST
02/07/2025
US POSTAGE $000.69

FIRST-CLASS MAIL
IMI
ZIP 80906
041M11284826

Office of The Clerk
1901 19th A105
Denver Colorado
80294-3589